1
2
3
4
5
6
7
8
9

10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12

13   OSCAR SALCEDO DIAZ,                           1:07-CV-1276 LJO WMW  (HC)

14                       Petitioner,
                                                  **ORDER AUTHORIZING**
15   v.                                           **IN FORMA PAUPERIS STATUS**

16   UNITED STATES OF AMERICA,

17                       Respondent.
                                             /
18

19         Petitioner is a state federal prisoner proceeding pro se with a petition for writ of habeas

20   corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby

21   AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

22

23                                              IT IS SO ORDERED.

24   **Dated:    September 6, 2007**          _____ /s/  **William M. Wunderlich** _____
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28